IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**STEPHANIE BAJZIK,**

    **Plaintiff,**

v.   Case No. 3:20-cv-5953-AW-MAF

**KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have carefully considered the magistrate judge's August 25, 2022 Report and Recommendation, ECF No. 21, to which no objections have been filed. I now conclude that the Report and Recommendation should be approved, and it is adopted and incorporated by reference into this order. The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on September 26, 2022.

                            s/ *Allen Winsor*
                            United States District Judge